Cory R. Laird
Lindsay A. Mullineaux
James P. Carey
LAIRD COWLEY, PLLC
2315 McDonald Avenue, Suite 220
Missoula, MT 59801
P.O. Box 4066
Missoula, MT 59806-4066
Telephone:  (406) 541-7400
Facsimile:   (406) 541-7414
Email:        claird@lairdcowley.com
                  lmullineaux@lairdcowley.com
                  jcarey@lairdcowley.com

Attorneys for Centre Sky Architecture, LTD.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| MICHAEL FERNANDEZ, individually and as Co-Trustee; HEATHER FERNANDEZ, individually and as Co-Trustee; HEATHER L. FERNANDEZ REVOCABLE TRUST, a Minnesota revocable trust,<br><br>            Plaintiff,<br><br>      vs.<br><br>CENTRE SKY ARCHITECTURE, LTD., a Colorado corporation,<br><br>            Defendant. | Cause No. CV-24-25-BU-BMM-JTJ<br><br>APPLICATION FOR DEFAULT JUDGMENT |

CENTRE SKY ARCHITECTURE,
LTD., a Colorado corporation,

        Third-Party Plaintiff,

vs.

TAYLOR GRAHAM and MONTANA
CUSTOM BUILD, INC. a/k/a
MONTANA CUSTOM BUILD, LLC, a
Montana Corporation

        Third-Party Defendants.

      COMES NOW, Defendant and Third-Party Plaintiff Centre Sky Architecture, LTD. ("Centre Sky"), and applies for default judgment under Rule 55(b), F.R.Civ.P. against Defendants Taylor Graham ("Mr. Graham") and Montana Custom Build, Inc. ("MCB") based on the following:

      1.    Centre Sky filed its Answer to Plaintiff's Complaint and its Third-Party Complaint against Mr. Graham and MCB on June 4, 2024 (Doc. 4).

      2.    Centre Sky's Third-Party Complaint brings claims that: (1) Centre Sky is not jointly liable for any admitted negligence and or intentional acts or omissions of Mr. Graham and MCB; (2) Centre Sky is entitled to shift Plaintiff's entire loss to Mr. Graham and MCB; and (3) Centre Sky is entitled to contribution from Mr. Graham and MCB.

      3.    Mr. Graham and MCB were duly served with the Civil Summons and Complaint and Request for Jury Trial on August 29, 2024.  The Returns and Proofs

of Service documenting the same have been filed with this Court (Docs. 10 and 11).

4.      Pursuant to Federal Rules of Civil Procedure 12(a)(1)(A)(i), the deadline for filing an Answer was September 20, 2024.

5.      The deadline for filing an Answer has passed, and Mr. Graham and MCB have not made an appearance herein by Answer or otherwise.

6.      The Clerk of the United States District Court entered the default of Mr. Graham on December 13, 2024 (Doc. 18).

7.      The Clerk of the United States District Court entered the default of MCB on December 13, 2024 (Doc. 19).

Based on Mr. Graham's and MCB's default, Centre Sky is entitled to an Entry of Default Judgment. A proposed Order Setting Hearing pursuant to Rule 55(b)(2), F.R.Civ.P. is attached for the Court's consideration.

DATED this 26th day of March, 2025.

LAIRD COWLEY, PLLC

By:   /s/ James P. Carey
James P. Carey
Attorneys for Centre Sky
Architecture, LTD.

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the 26th day of March, 2025, a true and correct copy of the foregoing was filed with the Court and simultaneously served upon the following as indicated:

[X] U.S. Mail
[ ] Email
[ ] Hand Delivery
[ ] Federal Express
[ ] Facsimile
[X] Certified Mail,
    Return Receipt Requested

Taylor Graham
126 Grant Street
Clarksville, GA 30523


[X] U.S. Mail
[ ] Email
[ ] Hand Delivery
[ ] Federal Express
[ ] Facsimile
[X] Certified Mail,
    Return Receipt Requested

Montana Custom Build, Inc.
126 Grant Street
Clarksville, GA 30523


_____